IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GUSTAVO ARIAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:19-cv-2736-S-BN |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Magistrate Judge issued Findings, Conclusions, and Recommendation in this case, dated July 23, 2020 [ECF No. 22]. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED September 3, 2020

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE